**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Chase Home Finance LLC
[FILE 10-000082 CHE]

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: February 11, 2010**



_Randolph J. Haines_
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MATHIAS A. PAPE AND CARMELLA PAPE,<br><br>      Debtor. | Case # 2:09-bk-26755-RJH<br><br>Chapter 7 Proceedings |
| Chase Home Finance LLC, its assignees and / or successors in interest,<br>      Movant,<br><br>v.<br><br>MATHIAS A. PAPE AND CARMELLA PAPE, Debtor, and Chapter 7 Trustee Maureen Gaughan,<br>      Respondents. | **ORDER LIFTING THE AUTOMATIC STAY**<br><br>Re: Real Property located at 22214 North Montecito Avenue Sun City West, AZ 85375 |

    The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Chase Home Finance LLC, ("CHASE"), and that good cause exists to grant the Motion for Relief;

    **THEREFORE, IT IS ORDERED:**

    1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 22214 North Montecito Avenue, Sun City West, AZ 85375 and legally described as:

> LOT 142, OF CORTE BELLA COUNTRY CLUB PHASE 1, UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 624 OF MAPS, PAGE 24

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge